IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| SAFAWO YADETO, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 170041G |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

This matter came before the court on its own motion to dismiss for failing to appear at the case management conference set for 10:00 a.m. on April 10, 2017.

On March 24, 2017, the court sent notice of the scheduled case management conference to Plaintiff at the address Plaintiff provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

Plaintiff failed to appear for the scheduled case management conference. On April 10, 2017, the court sent Plaintiff a letter. The court's letter ordered Plaintiff to submit a written explanation of why this case should not be dismissed no later than April 24, 2017. Plaintiff did not submit a written response to the court's letter explaining his failure to appear. Under such circumstances, dismissal is appropriate. Now, therefore,

/ / /

/ / /

/ / /

_____

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered April 27, 2017. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ___ day of May, 2017.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on May 18, 2017.*